**Order entered June 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00679-CR

## EX PARTE BRENDA MARIE SANCHEZ

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX12-90067-M**

## ORDER

Appellant's June 24, 2013 motion to extend the time to file appellant's brief is

**GRANTED**.  The time to file appellant's brief is extended to **July 18, 2013**.  The time to file the

State's brief is extended to **August 8, 2013**.


/s/     DAVID EVANS
        JUSTICE